UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

FELICIA QUIZEL MORGAN, by
her next Friend, Laura Campbell,

    Plaintiff,

v.                                                 Case No. 17-12094

WAYNE COUNTY, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the "Opinion and Order Granting Defendants' Motion for Summary Judgment" entered on September 30, 2021, and the "Opinion and Order Granting Plaintiff's Motion for Default Judgment" entered on April 1, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Leonard Davis, Keisa Clark, Arelia Pendergrass, and Wayne County, and against Plaintiff Felicia Quizel Morgan.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered for Plaintiff Felicia Quizel Morgan, and against Defendant Community Health Care Providers, Inc. in the amount of $1,000,000.00. Dated at Port Huron, Michigan, April 1, 2021.

                                                   KINIKIA ESSIX
                                                   CLERK OF THE COURT

                                                   BY: s/Lisa Wagner
                                                   Case Manager and Deputy Clerk

Dated: April 1, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 1, 2021, by electronic and/or ordinary mail.

                                         s/Lisa Wagner /
                                         Case Manager and Deputy Clerk
                                         (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\17-12094.MORGAN.judgment.AAB.docx